```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 00221
    SAMUEL FLORES
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-5125


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/07/2008 and was confirmed 03/13/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/15/2009.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
BALLYS TOTAL FITNESS       UNSEC W/INTER  NOT FILED            .00           .00
CAPITAL ONE BANK           UNSEC W/INTER  NOT FILED            .00           .00
CAPITAL ONE                UNSEC W/INTER     371.27          11.21        145.29
CHASE                      UNSEC W/INTER  NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    2884.36          86.94       1128.82
PAUL MICHAEL MARKETING     UNSEC W/INTER  NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER  NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     290.38           8.75        113.64
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER  NOT FILED            .00           .00
PROGRESSIVE MANAGEMENT S   UNSEC W/INTER  NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    1382.76          41.74        541.15
SHERMAN ACQUISITIONS       UNSEC W/INTER  NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    2600.07          78.39       1017.55
ROUNDUP FUNDING LLC        UNSEC W/INTER    2467.75          74.46        965.77
ENRIQUE CHAMORRO           NOTICE ONLY    NOT FILED            .00           .00
GLENN CHERTKOW             NOTICE ONLY    NOT FILED            .00           .00
HILARIO RODRIGUEZ          NOTICE ONLY    NOT FILED            .00           .00
JAVIER FLORES              NOTICE ONLY    NOT FILED            .00           .00
FIRST BANK                 CURRENT MORTG       .00             .00           .00
FIRST BANK                 MORTGAGE ARRE  351738.90            .00      31720.55
FIRST BANK                 CURRENT MORTG  75000.00             .00       6578.95
THOMAS R HITCHCOCK         PRIORITY       NOT FILED            .00           .00
FRIST BANK                 NOTICE ONLY    NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     317.06           9.56        124.08
PORTFOLIO RECOVERY         UNSEC W/INTER      90.92           1.35         17.80
ILLINOIS DEPT OF REVENUE   PRIORITY         1496.78            .00       1496.78
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER     999.95            .00        199.73
THOMAS R HITCHCOCK         DEBTOR ATTY     1,338.50                      1,338.50
TOM VAUGHN                 TRUSTEE                                       3,973.99
DEBTOR REFUND              REFUND                                            .00

        Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00221 SAMUEL FLORES
```

```
-------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 49,675.00

PRIORITY                                       1,496.78
SECURED                                       38,299.50
UNSECURED                                      4,253.83
    INTEREST                                     312.40
ADMINISTRATIVE                                 1,338.50
TRUSTEE COMPENSATION                           3,973.99
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                  49,675.00             49,675.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

 Dated: 03/05/09      /s/ Tom Vaughn
            _____
            TOM VAUGHN
            CHAPTER 13 TRUSTEE